KATHRYN N. NESTER, Federal Public Defender (#13967)
BENJAMIN C. McMURRAY, Assistant Federal Public Defender (#9926)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER MARTIN,<br><br>Defendant. | UNOPPOSED MOTION TO MODIFY TERM OF SUPERVISED RELEASE<br><br><br>Crim. No. 2:10-CR-31 CW |

Defendant Alexander Martin, through counsel, respectfully moves this court to modify the term of supervised release originally imposed to a term of 18 months pursuant to 18 U.S.C. § 3583(e)(2). Counsel has discussed this request with Assistant U.S. Attorney Bryan N. Reeves, who does not oppose this reduction.

Mr. Martin was originally sentenced to 84 months in prison followed by 60 months of supervised release. Mr. Martin fully served his prison sentence on February 8, 2017.

After reviewing the facts and circumstances of Mr. Martin's case, and in consultation with the U.S. Attorney's office, it is proposed that a term of 18 months would satisfy the relevant factors in § 3553(a).

Accordingly, Mr. Martin asks the court to modify the term of supervised release pursuant to § 3583(e)(2) and order a modified term of 18 months.

DATED this 10th day of March, 2017.

>  */s/ Benjamin C. McMurray*
>  Benjamin C. McMurray
>  Assistant Federal Public Defender