IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ALEXANDER MARTIN,<br><br>  Defendant. | ORDER GRANTING<br>MOTION TO MODIFY TERM OF<br>SUPERVISED RELEASE<br><br><br>Crim. No. 2:10-CR-31 CW |

For the reasons stated in the Unopposed Motion to Modify Term of Supervised Release, this court GRANTS the motion. Pursuant to 18 U.S.C. § 3583(e)(2), the term of supervised release originally imposed is reduced to a term of 18 months. The court will enter an amended Judgment and Commitment Order reflecting this amendment.

SO ORDERED this 5th day of April, 2017.

BY THE COURT:

_____
CLARK WADDOUPS
U.S. District Court Judge

1